**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-6569**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

MELVIN SANDERS,

                              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem.  N. Carlton Tilley, Jr., District Judge.  (CR-93-281, CA-97-560-6)

─────────────

Submitted:  July 2, 1998              Decided:  July 29, 1998

─────────────

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Melvin Sanders, Appellant Pro Se.  Robert Michael Hamilton, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Sanders, Nos. CR-93-281; CA-97-560-6 (M.D.N.C. Apr. 3, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2